---

## THE SUN.

(District Court, S. D. New York. April 20, 1908.)

SALVAGE—AMOUNT OF COMPENSATION—ASSISTING DISABLED STEAMSHIP TO PORT.

The ocean steamship Sun, on a voyage from Philadelphia to an English port, laden with oil, broke her rudder stock under water, and was unable to make any effective repairs. After drifting about for 13 days, endeavoring to steer by the wind, she signaled for and obtained the assistance of the British steamer Norwood, a smaller vessel bound for France. The scheme adopted was for the Sun to proceed under her own steam with the Norwood towing behind to act in some measure as a rudder, and in this manner they proceeded to New York, the Norwood losing about six days' time. She was of the value of from $60,000 to $70,000, while the Sun, which had jettisoned about one-third of her cargo, was with the remainder worth upwards of $500,000. The Sun was a new and strong vessel, and while in peril it was not imminently extreme. *Held*, that the Norwood was not entitled to as large an award as though she had been under the risks and responsibility of towing, and that under all the circumstances, having been subjected to no perils, except those of ordinary navigation, she was entitled to a salvage award of $13,500 and in addition the extra expenses incurred.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 43, Salvage, §§ 70, 71.

Awards in federal courts, see notes to The Lamington, 30 C. C. A. 280.]

In Admiralty. Suit for salvage.

The American steamship Sun, built in 1907, about 400 feet long and 3,501 tons net register, left Philadelphia in February, 1908, bound for Avonmouth, Eng., with a cargo of 2,274,000 gallons of petroleum. On February 18th, at 7 p. m., the vessel's rudder stock broke completely in two. The fracture was something over two feet under water, and there was no ring or eye on the rudder nearer the water surface than about 16 feet. The rudder therefore hung, swinging from side to side by the action of the waves, useless for purposes of steering, and unusually difficult of control by temporary tiller or rope lashing. From the 18th to the 23d of February the crew of the Sun used every effort to secure and control the rudder, and in so doing expended with entire unsuccess a very large quantity of ropes, wires, and other gear. On the 23d the vessel, after having moved to the southward and eastward, had come back northward and westward to approximately the place at which she broke down, which was in the path of vessels bound from New York or Philadelphia to English Channel and North Sea ports. She was then for the first time spoken by a passing vessel (the German tanker Phœbus), and declined that vessel's proffered assistance. The Sun was new and staunch, and approximately one-third of her cargo had been jettisoned, partly for the pur-

pose of permitting a better examination of ·the broken rudder stock, and partly
to increase the vessel's freeboard as she rolled in the heavy sea. It was found
that the practically rudderless vessel would steer by the wind, and, the direc-
·tion of the wind being favorable for the manoeuvre, the captain endeavored to
get within signaling distance of the Nova Scotia coast. His course was there-
fore directed generally speaking northward and westward, until on Febru-
ary 26th he was within about a hundred miles of Nova Scotia. Being then
on the banks and in soundings, he encountered a "heavy falling barometer, a
southeasterly wind, and all indications of a heavy storm from the southeast-
ward approaching. *So I left the Banks where I could not stay during a gale
without being in immediate danger of losing the ship entirely on the coast
there. I steamed to the southward again, which I could do in the teeth of the
gale, being able to go up close to the wind." The wind continuing in the
main from the southeast, the Sun proceeded in a general southwesterly di-
rection, until on March 1st she was again directly in the path of traffic be-
tween New York and English Channel ports, and her master concluded that
further efforts to rig a jury rudder or to navigate without assistance were
both useless and dangerous. During the night of March 1–2 a steamer was
sighted bound west, and unsuccessful effort made to attract attention. At
11:30 a. m. on March 2d the British steamer Norwood, 290 feet long and 1,465
tons net register, bound from New York for Bordeaux, with a small cargo of
general merchandise, was encountered. The Sun at that time was flying sig-
nals stating that she was disabled and wanted assistance.

The Sun is much the larger and more powerful vessel. Her engines were
unimpaired, and after a conference between the masters of the two ships it
was .decided that the Norwood should tow behind the Sun, and act as a spe-
cies of rudder for the latter vessel. This arrangement was perfected (after
one failure) by the evening of March 2d. The material used in effecting junc-
tion belonged to the Sun, except that certain hawsers of the Norwood's were
used to prevent chafing and' assist fastening on board the latter vessel; and
all the. boat work necessary in passing lines was done by the Sun's crew.
At the time this arrangement with the Norwood was completed the vessels
were approximately 390 knots from Sandy Hook. During all the time that
the Sun had been practically rudderless, the weather had been heavy, and she
had lived through at least three distinct gales. Her log shows she had begun
to leak, but not dangerously. Considering the region where she broke down
and through which she steamed after her disaster,, she met singularly few
vessels, but by the 1st of March, when she concluded to ask for assistance, she
was in a. comparatively crowded portion of the high seas, and was reasonably
certain to be seen and assisted within a few days. After the Sun had re-
ceived the Norwood's assistance the weather continued unpleasant, but mod-
erated somewhat, and without serious event the two steamers arrived off San-
dy Hook'light vessel, and the Sun there anchored, at 8:45 a. m. of March 6th.
The Norwood employed the tug Reliance, which was in the neighborhood, to
assist in towing the Sun into Harbor. This effort failed, and finally the Nor-
wood came up alone, communicated the condition of the Sun to the owners of
the latter, and a sufficient fleet of tugs was by them sent down to bring the
Sun to port. The Norwood recoaled and provisioned, and again departed on
her voyage to Bordeaux, having lost an aggregate of about six days' time, and
having been in attendance on the Sun nearly four days. The value of the Sun
in her injured condition and of her remaining cargo is agreed upon as upwards
of $500,000. The Norwood is worth between $60,000 and $70,000.

The scheme of assistance was obvious enough, but such devising as was
necessary was that of the Sun's master. The crew of the Norwood led their
usual sea lives, with the exception of the master, who very properly super-
vised the steering of his own vessel, and was on duty continuously from the
time he was made fast to the Sun until he got into port. The Norwood was
not injured, nor were her engines subjected to the strain of towing, and her
actual expenditures for recoaling, reprovisioning, and all other expenses in-
cident to this service are certified to amount to no more than $672.38. The
Sun was rescued from an undoubtedly perilous condition. She could not have
lived indefinitely while helplessly rolling in winter storms on the North At-
lantic. Her ability to keep off shore depended entirely on the direction of

the wind, and it was imperative that she should receive assistance, though I do not think that there is any reason to suppose that she would not have continued to make as good weather of it for several days after the 2d of March as she had done for 13 days before.

Mr. Burlingham, for salvors.
Mr. Kirlin, for owners.

HOUGH, District Judge (after stating the facts as above). In my opinion these salvors encountered no dangers other than those incurred by all who go to sea; nor was the Norwood herself in any greater peril than she would have been upon her contemplated voyage; neither was any remarkable skill or extreme labor required on the salvors' part, except from the master of the Norwood, whose watchfulness exceeded that which would have been required of him in the ordinary prosecution of his voyage, and is to be commended.

The peril from which the Sun was rescued was actual, but not imminently extreme. It is observable that the comparative values of the Sun and the Norwood show a great discrepancy. A smaller vessel would have done the work just as well, but, as was said in La Hesbaye (D. C.) 71 Fed. 743, this does not much affect the question, as no other vessel was at hand. The Norwood is entitled to a generous reward, but not so large as she should receive had she herself been the towing vessel; for it is upon the towing vessel that the greater responsibility rests, and that vessel also runs the greater chance of injury to hull and machinery. The principal considerations, therefore, are the degree of peril from which the Sun was rescued, the value of the salved property, and the amount of time consumed in the service.

Upon a comparison of La Hesbaye, supra, The Wisconsin (D. C.) 30 Fed. 879, and The Alaska (D. C.) 23 Fed. 597, I think a salvage award of $13,500 will be sufficient. For this amount, with $672.38 expenses and costs, libelant may take a decree. Of this award let the master, officers, and crew of the Norwood receive one-fourth in proportion to their wages, the Norwood's master, however, getting a double share, his extra award to come out of the owner's three-fourths.